UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY RHABURN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BENIHANA CARLSBAD CORP., a Delaware corporation; BENIHANA DOWNEY CORP., a Florida corporation; BENIHANA ENCINO CORP., a California corporation; BENIHANA INTERNATIONAL INC., a Delaware corporation; BENIHANA MARINA CORP., a California corporation; BENIHANA NATIONAL CORP., a Delaware corporation; BENIHANA OF PUENTE HILLS CORP., a Delaware corporation; BENIHANA ONTARIO CORP., a Delaware corporation; BENIHANA SANTA ANITA CORP., a Delaware corporation; BENIHANA SUNRISE CORP., a Delaware corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-08190-PA-PJW<br><br>**ORDER GRANTING JOINT STIPULATION FOR REMAND TO SUPERIOR COURT** |

# [PROPOSED] ORDER

The Court, having reviewed the Joint Stipulation for Remand of the parties and finding good cause therefrom, hereby issues the following Order:

IT IS HEREBY ORDERED THAT:

1. This action shall be remanded to the Superior Court for the State of California, County of Los Angeles, with the parties to bear their own attorney's fees and costs; and;

2. The parties have not waived any rights to remove the action to federal court in the future.

**SO ORDERED.**

DATED: October 12, 2018

Percy Anderson
UNITED STATES DISTRICT JUDGE